**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

On January 8, 2008, at approximately 10:00 a.m. three males entered the Gucci store, located at 5481 Wisconsin Avenue, Suite B, Chevy Chase, MD and stole 18 handbags valued at $17,915. Your affiant reviewed a video tape of the theft and positively identified Bradley Carter, Walter and Antonio Douglas as being involved. Your affiant has had prior contact with both Bradley Carter and Walter Douglas. 15 of the 18 Gucci handbags were recovered during the execution of a search warrant issued by the United States District Court, District of Columbia at the Rose Mar Liquor Store located at 1537 Good Hope Road, S.E., Washington, D.C. David Nikolow, John Lyons, Walter and Antonio Douglas are currently under indictment in a case involving Interstate Transportation of Stolen Property.

_____
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE