AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

BRADLEY CARTER

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 1 8 0 - M - 0 1

FILED
MAR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>BRADLEY CARTER</u>
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

did knowingly and willfully combine, conspire, confederate and agree together to transport and/or receive in interstate commerce, stolen goods of a value of $17,915 or more, that is, Gucci bags, from Montgomery County Maryland to the District of Columbia, knowing the same to be stolen.

in violation of Title  18  United States Code, Section(s) 371 .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Title of Issuing Officer

MAR 1 0 2008    District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | D/DC Courthouse cell block |
| DATE RECEIVED  3-11-08  DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER  D.C. Teller  D USM | SIGNATURE OF ARRESTING OFFICER |