UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 08-013 (RCL) |
| ANTONIO DOUGLAS,<br>WALTER ANDREW DOUGLAS,<br>JOHN WESLEY LYONS,<br>DAVID NIKOLOW,<br>BRADLEY CARTER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon motion [12] of the United States and after consideration of the entire record in this matter, the Court shall exclude 150 days from the computation of the requirements of the Speedy Trial Act as unopposed. The Court finds that given the complexity of the evidence in this matter and the extensive amount of evidence involving multiple jurisdictions, the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial. The 150-day exclusion of time will provide the government and the defendants necessary time to review and assess the large volume of property involved in this matter. For these reasons, it is hereby

ORDERED that the Clerk of the Court shall exclude 150 days from the computation of the Speedy Trial Act in this matter. Should additional time need to be excluded due to the complexity of this case, the Court will consider the question upon presentation of a motion.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 15, 2008.