IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Crim. No. 08-013-05 (RCL) |
| | ) | |
| **BRADLEY CARTER** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

   Defendant Bradley Carter, through undersigned counsel, respectfully submits this Unopposed Motion to Modify Conditions of Release. For the reasons stated below, Mr. Carter respectfully requests that the Court enter the attached order removing him from the High Intensity Supervision Program and releasing him on his personal recognizance with standard conditions, which include weekly reporting, drug testing, and the condition that Mr. Carter maintain employment.

   In support of this motion, counsel submits as follows:

   1.  Mr. Carter is charged by indictment with one count of conspiracy to commit crimes against the United States, in violation of 18 U.S.C. § 371.

   2.  On March 18, 2008, the Court released Mr. Carter into the High Intensity Supervision Program ("HISP"). The HISP, which is this Court's most restrictive form of pretrial release, includes the condition of electronic monitoring through an ankle bracelet. Mr. Carter's Pretrial Services Officer, Officer Wisecarver, reports that since this Court released Mr. Carter into the HISP back in March, there have been no violations of his conditions of release. In addition, Mr. Carter has maintained full time employment working as a laborer for a construction

company.

    3.    At a status hearing today, August 5, 2008, undersigned counsel orally moved to modify Mr. Carter's conditions of pretrial release so that he would be removed from the HISP and released on his personal recognizance on standard conditions. The government had no objection to the motion.

    WHEREFORE, for the above-stated reasons, Mr. Carter respectfully requests that the Court modify his conditions of release so that he is removed from the HISP and released on his personal recognizance with standard conditions, which include weekly reporting, drug testing, and the condition that Mr. Carter maintain employment.

                                             Respectfully submitted,

                                             _____/s/_____
                                             Jonathan S. Jeffress
                                             Assistant Federal Public Defender
                                             625 Indiana Avenue, N.W.
                                             Suite 550
                                             Washington, D.C. 20004
                                             (202) 208-7500, ex. 134

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 08-013-05 (RCL) |
| BRADLEY CARTER | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant Bradley Carter's Unopposed Motion to Modify Conditions of Release, and the record in this case, it is hereby

**ORDERED** that Mr. Carter's's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Carter shall be removed from the High Intensity Supervision Program and released on his personal recognizance with standard conditions, which include weekly reporting, drug testing, and the condition that Mr. Carter maintain employment.

**SO ORDERED**.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES CHIEF DISTRICT JUDGE

DATE:

Jonathan S. Jeffress, AFPD
Ofc. Wisecarver, Pretrial Services
Nancy Jackson, AUSA