UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>BRADLEY CARTER )<br>)<br>Defendant. )<br>_____ ) | Crim. No. 08-013-05 (RCL)<br><br>FILED<br>AUG - 6 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

<u>ORDER</u>

Upon consideration of defendant Bradley Carter's Unopposed Motion to Modify Conditions of Release, and the record in this case, it is hereby

**ORDERED** that Mr. Carter's's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Carter shall be removed from the High Intensity Supervision Program and released on his personal recognizance with standard conditions, which include weekly reporting, drug testing, and the condition that Mr. Carter maintain employment.

**SO ORDERED.**

_Royce C. Lamberth  8/6/08_
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES CHIEF DISTRICT JUDGE

DATE:

Jonathan S. Jeffress, AFPD
Ofc. Wisecarver, Pretrial Services
Nancy Jackson, AUSA